**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JESSICA HUDAK and MATTHEW ZUBEK,  ) | |
| ) | |
| Plaintiffs,                     ) | |
| ) | |
| v.                               ) | Case No. 2:24-cv-00115-JLR |
| ) | |
| I.Q. DATA INTERNATIONAL, INC.,        ) | |
| ) | |
| Defendant.                     ) | |

**[proposed] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**
**FOR PLAINTIFFS' DISCOVERY RESPONSES**

This matter comes before the Court on the parties' Stipulated Motion for Extension of Time for

Plaintiffs' Discovery Responses. Having considered the motion, and for good cause shown, the

Court hereby ORDERS as follows:

1.  The Stipulated Motion for Extension of Time for Plaintiff's Discovery Responses

    is GRANTED.

2.  The deadline for Plaintiff's discovery responses is October 11, 2024.

IT IS SO ORDERED.

Dated this 13th day of September, 2024.

Honorable Judge James L. Robart
United States District Judge

Prepared by:
Jennifer Vu, Esq.
Mike Agruss Law
1301 W. 22nd St, Suite 711
Oak Brook, IL 60523
Tel: 312-756-0871